## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Dolores Terravista Housing, LLC** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Terravista Winston Square**<br>**Roselawn Apartments**<br>**Winston Square**<br>**Winston Square Apartment Homes**<br>**Villas at Pecan Manor**<br>**Spanish Spur Apartments** |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 4 – 4 7 3 4 1 8 8** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Attn: Gloria Leticia Farias** | |
| **1038 Venice Blvd.**<br>Number          Street | Number          Street |
| **Los Angeles, CA 90015**<br>City                State     ZIP Code | City                State     ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number          Street<br><br>City                State     ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |

| | |
|---|---|
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were any prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

           District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Dolores Westwood, LLC**      Relationship **affiliate**

        District **Western District of Texas**      When **8/7/2025**
                                                MM / DD / YYYY

        Case number, if known **25-51833**

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>                Number       Street<br><br>                City                            State     ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49    ☐ 50-99      ☐ 1,000-5,000   ☐ 5,001-10,000      ☐ 25,001-50,000   ☐ 50,000-100,000<br>☑ 100-199   ☐ 200-999      ☐ 10,001-25,000                         ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000               ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000     ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion |

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __12/17/2025__
MM/ DD/ YYYY

**X** __/s/ Gloria Leticia Farias__

Signature of authorized representative of debtor

__Gloria Leticia Farias__
Printed name

Title __Executive Director of managing member__

**18. Signature of attorney**

**X** __/s/ Martin Seidler__   Date __12/17/2025__

Signature of attorney for debtor   MM/ DD/ YYYY

__Martin Seidler__
Printed name

__LAW OFFICES OF MARTIN SEIDLER__
Firm name

__One Elm Place, Suite 504__
Number        Street

__San Antonio__   __TX__   __78230__
City   State   ZIP Code

__(210) 694-0300__   __marty@seidlerlaw.com__
Contact phone   Email address

__18000800__   __TX__
Bar number   State

Debtor name            **Dolores Terravista Housing, LLC**

United States Bankruptcy Court for the:

                    **Western District of Texas**

Case number (if known): _____      Chapter   **7**

☐ Check if this is an
     amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................          | $0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*...............................................................................          | $0.00

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*..................................................................................          | $0.00

Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................          | $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................          | $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................          + $2,107,027.38

4. **Total liabilities**.................................................................................................................          **$2,107,027.38**
   Lines 2 + 3a + 3b

Debtor Name   **Dolores Terravista Housing, LLC**

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Texas** _____

(State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

   3.1. **JP Morgan Chase Bank Will**      **Checking account**      **0  0  3  7**      **unknown**
        **supplement balance**

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   _____

   4.2. _____   _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   _____

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   _____

7.2 _____ _____

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1 _____ _____

     8.2 _____ _____

**9.** **Total of Part 2**

     Add lines 7 through 8. Copy the total to line 81.     [ _____ ]

| Part 3: | Accounts receivable |
|---|---|

**10.** **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.

     ☑ Yes. Fill in the information below.

                                                       **Current value of debtor's interest**

**11.** **Accounts receivable**

     11a. 90 days old or less: _____ - _____ =..... ➜    _____

                         face amount            doubtful or uncollectible accounts

     11b. Over 90 days old:    **$31,293.00** - **$31,293.00** =..... ➜    _____ **$0.00**

                         face amount            doubtful or uncollectible accounts

**12.** **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.     [ _____ **$0.00** ]

| Part 4: | Investments |
|---|---|

**13.** **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

                                        **Valuation method used for current value**    **Current value of debtor's interest**

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1 _____    _____    _____

     14.2 _____    _____    _____

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                                 % of ownership:

     15.1. _____    _____    _____    _____

     15.2. _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____ _____ _____

16.2 _____ _____ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | _____ |

<table>
<tr><td style="background:black;color:white">Part 5:</td><td>Inventory, excluding agriculture assets</td></tr>
</table>

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | _____ |

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

<table>
<tr><td style="background:black;color:white">Part 6:</td><td>Farming and fishing-related assets (other than titled motor vehicles and land)</td></tr>
</table>

| 27. | **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?** | | | |
|---|---|---|---|---|
| | ☑ No. Go to Part 7. | | | |
| | ☐ Yes. Fill in the information below. | | | |
| | **General description** | **Net book value of debtor's interest** <br><br> (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| 28. | **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ | _____ |
| 29. | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ | _____ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ | _____ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ | _____ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ | _____ |
| 33. | **Total of Part 6** <br> Add lines 28 through 32. Copy the total to line 85. | | | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | _____ | _____ | _____ |
| 40. **Office fixtures** | _____ | _____ | _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | _____ | _____ | _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | Current value of debtor's interest |
|---|---|
| | _____ |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____    _____    _____    _____

    48.2 _____    _____    _____    _____

49. **Aircraft and accessories**

    49.1 _____    _____    _____    _____

    49.2 _____    _____    _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____    _____    _____    _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ❑ No

    ❑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ❑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61. Internet domain names and websites** | | | |
| | | | |
| **62. Licenses, franchises, and royalties** | | | |
| swimming pool permit | **unknown** | | **unknown** |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| **64. Other intangibles, or intellectual property** | | | |
| | | | |
| **65. Goodwill** | | | |
| | | | |

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                            [_____]

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

_____    _____ − _____ =➡    _____
                Total face amount     doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____    _____

_____   Tax year _____    _____

_____   Tax year _____    _____

**73. Interests in insurance policies or annuities**

_____            _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**Claims against Rose Capital and Impact Mortgage Opp. Fund, LP. for Accounting/**      **unknown**

Nature of claim     **accounting/wrongful foreclosure/insufficient price at foreclosure sale**

Amount requested     **unknown**

**Claims against Genessy Property Management & Devel. Co and Bellaire Multifamily Management, LLCfor breach of contract, DTPA, failure to account, misappropriation of tenant deposits, failure to turnover debtor's books and records**      **unknown**

Nature of claim     **accounting, etc**

Amount requested     **unknown**

**Claims against Genesis Property Management Co for breach of contract, DTPA, failure to account, misappropriation of tenant deposits, failure to turnover debtor's books and records**      **unknown**

Nature of claim     **accounting, etc**

Amount requested     **unknown**

**Claims against Rose Capital and First Impact for Acccounting**      **unknown**

Nature of claim     **accounting**

Amount requested     **unknown**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**         _____

**Amount requested**        _____

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

78.  **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | unknown | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88.  **Real property.** *Copy line 56, Part 9* ........................................................... ➔ | | _____ |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91.  **Total.** *Add lines 80 through 90 for each column*............................91a. | $0.00 | + 91b. _____ |
| 92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................. | | $0.00 |

Fill in this information to identify the case:

Debtor name  **Dolores Terravista Housing, LLC**

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Texas** _____

(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property       12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**

**Impact Mort. Opport. Fund, LP**

**Creditor's mailing address**

**c/o K. Clark**

**2100 Ross ave 3200**

**Dallas, TX 75201**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**unknown**   **unknown**

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**       _____

Fill in this information to identify the case:

Debtor name      **Dolores Terravista Housing, LLC**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

  **Bexar County**

  **c/o Don Stecker**

  **112 E. Pecan St #2200**

  **San Antonio, TX 78205**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

**2.2** Priority creditor's name and mailing address

  **Internal Revenue Service**

  **Attn: Special Procedures Group**

  **300 E. 8th St., STOP 5022 AUS**

  **Austin, TX 78701**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

<table>
<tr><td colspan="3" style="background:black;color:white">**Part 1:**  Additional Page</td></tr>
</table>

| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown | unknown |
|---|---|---|---|---|

**2.3** **Priority creditor's name and mailing address**

**Texas Attorney General**

**P.O. Box 12548**

**Austin, TX 78711**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

unknown        unknown

---

**2.4** **Priority creditor's name and mailing address**

**Texas Comptroller of Public Accounts**

**P.O. Box 13528**

**Austin, TX 78711-3528**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

unknown        unknown

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**ADP Inc.**

**c/o Lyon Collection Services, Inc.**

**7924 West Sahara Avenue**

**Las Vegas, NV 89117**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,481.45**

---

**3.2** Nonpriority creditor's name and mailing address

**ADT Security Services, Inc.**

**P.O. Box 371956**

**Pittsburgh, PA 15250**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **security**

Is the claim subject to offset?
☑ No
☐ Yes

**$31,536.00**

---

**3.3** Nonpriority creditor's name and mailing address

**ADT, LLC**

**c/o Richard T. Avis**

**P.O. Box 735633**

**Chicago, IL 60673-5633**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.4** Nonpriority creditor's name and mailing address

**Alamo Apartment Contractor, LLC**

**10722 Potranco Rd. 122**

**San Antonio, TX 78251**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **repairs**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

| Part 2: | Additional Page |
| --- | --- |

**3.5** Nonpriority creditor's name and mailing address

**Alamo Architects**

**1512 S. Presa**

**San Antonio, TX 78204**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$386,571.29

---

**3.6** Nonpriority creditor's name and mailing address

**Alamo Architects**

**c/o David Benjamin**

**2161 N. W. Military Hwy 111**

**San Antonio, TX 78213**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **notice only**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.7** Nonpriority creditor's name and mailing address

**Alamo Architects**

**1512 S. Presa**

**San Antonio, TX 78204**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$386,571.29

---

**3.8** Nonpriority creditor's name and mailing address

**Alamo Architects**

**c/o David Benjamin**

**2161 N. W. Military Hwy 111**

**San Antonio, TX 78213**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **notice only**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:**  Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $86,335.77 |
|---|---|---|---|

**3.9** Nonpriority creditor's name and mailing address

**Albert Uresti, MPA, PCAC**

**P.O. Box 839950**

**San Antonio, TX 78283-3950**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   $86,335.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

**Albert Uresti, MPA, PCAC**

**P.O. Box 839950**

**San Antonio, TX 78283-3950**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   $86,335.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

**Angela Taylor**

**3346 Roselawn Road #1106**

**San Antonio, TX 78226**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**Anna Ayala**

**3346 Roselawn Road #307**

**San Antonio, TX 78226**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:   unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:** Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.13**

Nonpriority creditor's name and mailing address

**Answer US**

**P.O. Box 116**

**San Antonio, TX 75013**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.14**

Nonpriority creditor's name and mailing address

**Apartment Lines**

**P.O. Box 271227**

**Louisville, CO 80027**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **answering service**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.15**

Nonpriority creditor's name and mailing address

**April Adame**

**3346 Roselawn Road #508**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.16**

Nonpriority creditor's name and mailing address

**Automatic Data Process**

**San Antonio/Austin Region**

**320 Interpark Boulevard**

**San Antonio, TX 78216-1807**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**Part 2:**   Additional Page

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

**Automatic Data Processing**

**320 Interpark Boulevard**

**San Antonio, TX 78216-1807**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: **Notice only**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.18 | Nonpriority creditor's name and mailing address |

**Bellaire Multifamily Management, LLC**

**13355 Noel Rd. 1100**

**Dallas, TX 75240**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

| 3.19 | Nonpriority creditor's name and mailing address |

**Bellaire Multifamily Mgt, LLC**

**13355 Noel Rd. 1100**

**Dallas, TX 75240**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

| 3.20 | Nonpriority creditor's name and mailing address |

**Bellaire Multifamily Mgt. LLC**

**2711 N. Haskell Ave 2400**

**Dallas, TX 75204**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: **notice only**

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

| Part 2: | Additional Page |
|---|---|

**3.21** **Nonpriority creditor's name and mailing address**

**Bellaire Multifamily Mgt., LLC**

**Attn: J. Owen**

**2711 N. Haskell Ave 2400**

**Dallas, TX 75204**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** notice only

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown _____

---

**3.22** **Nonpriority creditor's name and mailing address**

**Bexar County Dist Clerk/2024 CI 07637**

**101 W. Nueva #217**

**San Antonio, TX 78205**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** pending lawsuit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown _____

---

**3.23** **Nonpriority creditor's name and mailing address**

**Bexar County Dist Clerk/2024 CI 07637**

**101 W. Nueva #217**

**San Antonio, TX 78205**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** pending lawsuit

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown _____

---

**3.24** **Nonpriority creditor's name and mailing address**

**Bexar County Dist Clerk/2024 CI 17435**

**101 W. Nueva #217**

**San Antonio, TX 78205**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown _____

## Part 2:   Additional Page

| | |
|---|---|
| **3.25** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** unknown |

**3.25** Nonpriority creditor's name and mailing address

**Bexar County District Attorney**

**101 W. Nueva St.**

**San Antonio, TX 78205**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

**Bexar County District Attorney**

**101 W. Nueva St.**

**San Antonio, TX 78205**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** **notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address

**Bexar County District Attorney**

**101 W. Nueva St.**

**San Antonio, TX 78205**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

**Bexar Cty Dist Clerk/2024 CI 24403**

**101 W. Nueva #217**

**San Antonio, TX 78205**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**3.29** Nonpriority creditor's name and mailing address

**Bexar Cty Dist Clerk/2024 CI 26344**

**101 W. Nueva #217**

**San Antonio, TX 78205**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.30** Nonpriority creditor's name and mailing address

**Broadvoice**

**9221 Corbin ave 260**

**Northridge, CA 91324**

Date or dates debt was incurred

Last 4 digits of account number  0 9 5 3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,253.53

---

**3.31** Nonpriority creditor's name and mailing address

**Carlos Alvarez**

**33 #408**

**San Antonio, TX 78226**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.32** Nonpriority creditor's name and mailing address

**Carlos Mercado**

**3346 Roselawn Road #402**

**San Antonio, TX 78226**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

**Part 2:**  Additional Page

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Chad Bethel**

**3346 Roselawn Road #202**

**San Antonio, TX 78226**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,488.05 |

**Chadwell Supply**

**P. O. Box 15172**

**Atlanta, GA 30348-5172**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,488.05 |

**Chadwell Supply**

**P. O. Box 15172**

**Atlanta, GA 30348-5172**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.20 |

**Chapman Engineering, Inc.**

**213 Commerce Avenue**

**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**Part 2:** Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.73 |
|---|---|---|---|

**3.37**

Nonpriority creditor's name and mailing address

**Chapman Engineering, Inc.**

**213 Commerce Avenue**

**Boerne, TX 78006**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$30.73

---

**3.38**

Nonpriority creditor's name and mailing address

**Chapman Engineering, Inc.**

**213 Commerce Avenue**

**Boerne, TX 78006**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$599.20

---

**3.39**

Nonpriority creditor's name and mailing address

**Chapman Engineering, Inc.**

**213 Commerce Avenue**

**Boerne, TX 78006**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$30.73

---

**3.40**

Nonpriority creditor's name and mailing address

**City of San Antonio**

**P.O. Box 839975**

**San Antonio, TX 78284**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **notice only**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:**  Additional Page

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

**3.41**  Nonpriority creditor's name and mailing address

**City of San Antonio - Metro Health Dept**

**100 W. Houston St.. 14th fl.**

**San Antonio, TX 78204**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  notice only**

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.42**  Nonpriority creditor's name and mailing address

**Contract Callers Inc.**

**501 Greene Street Suite 302**

**Augusta, GA 30901**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,769.35

---

**3.43**  Nonpriority creditor's name and mailing address

**Contract Callers Inc.**

**501 Greene Street Suite 302**

**Augusta, GA 30901**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$609.34

---

**3.44**  Nonpriority creditor's name and mailing address

**Contract Callers Inc.**

**501 Greene Street Suite 302**

**Augusta, GA 30901**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,769.35

## Part 2: Additional Page

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $609.34 |
|---|---|---|---|

**Contract Callers Inc.**

501 Greene Street Suite 302

Augusta, GA 30901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,769.35 |
|---|---|---|---|

**CPS Energy**

P.O. Box 1771

San Antonio, TX 78296-1771

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** utilities

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Craig Bernstein/Impact Floors**

3500 Maple Ave. 1200

Dallas, TX

☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Craig Bernstein/Impact Floors**

3500 Maple Ave. 1200

Dallas, TX 75219

☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

**3.49** Nonpriority creditor's name and mailing address

**Dannis Suarez**

**3346 Roselawn Road #1102**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:       unknown _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

**David Mendoza**

**3346 Roselawn Road #104**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:       unknown _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

**Douglas Jones**

**3346 Roselawn Road #107**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:       unknown _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address

**Ecoteam, LLC**

**3900 Valley View Lane**

**Irving, TX 75062**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:       unknown _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pest control** _____

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:** Additional Page

---

**3.53** Nonpriority creditor's name and mailing address

**Elizabeth Reyna**

**3346 Roselawn Road**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.54** Nonpriority creditor's name and mailing address

**Elizabeth Salinas**

**3346 Roselawn Road #903**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.55** Nonpriority creditor's name and mailing address

**Entrata d/b/a Homebody Ins. Agency, LLC**

**4205 Chapel Ridge Road**

**Lehi, UT 84043**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.56** Nonpriority creditor's name and mailing address

**Frances Hernandez**

**3346 Roselawn Road #907**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

## Part 2: Additional Page

**3.57** Nonpriority creditor's name and mailing address

__FS Creit Originator, LLC__

__c/o Rialto Capital Management, Inc.__

__600 Madison Ave. 12th floor__

__New York, NY 10022__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

__unknown__

**3.58** Nonpriority creditor's name and mailing address

__FS Creit Originator, LLC__

__c/o Rialto Capital Management, Inc.__

__600 Madison Ave. 12th floor__

__New York, NY 10022__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

__unknown__

**3.59** Nonpriority creditor's name and mailing address

__Gallos Plumbing Company__

__11210 West Avenue__

__San Antonio, TX 78213__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __repairs__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

__unknown__

**3.60** Nonpriority creditor's name and mailing address

__Genessy Management & Development__

__334 Normandy Ave 104__

__Los Angeles, CA 90004__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

__unknown__

---

**Part 2:** Additional Page

---

**3.61** Nonpriority creditor's name and mailing address

**Gloria Salinas**

**3346 Roselawn Road #602**

**San Antonio, TX 78226**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.62** Nonpriority creditor's name and mailing address

**Gonzalez, Chiscano, Angulo & Kasson, PC**

**9601 McAllister Freeway 401**

**San Antonio, TX 78216**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **attorney's fees**

Is the claim subject to offset?
☑ No
☐ Yes

$16,258.11

---

**3.63** Nonpriority creditor's name and mailing address

**Harry Sturgeon**

**3346 Roselawn Road #502**

**San Antonio, TX 78226**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.64** Nonpriority creditor's name and mailing address

**HD Supply Facilities Maint., Ltd**

**1511 Common St.**

**New Braunfels, TX 78130**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **plumbing and electrical supplies**

Is the claim subject to offset?
☑ No
☐ Yes

$15,920.00

| Part 2: | Additional Page |

---

**3.65** | Nonpriority creditor's name and mailing address

**HD Supply Facilities Maintenance, Ltd**

**1511 Common St.**

**New Braunfels, TX 78130**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **plumbing and electrical supplies**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$15,920.00

---

**3.66** | Nonpriority creditor's name and mailing address

**Heydi Sarmiento**

**3346 Roselawn Road #901**

**San Antonio, TX 78226**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.67** | Nonpriority creditor's name and mailing address

**Hilgier Allen & Lauatin, PC**

**2711 N Haskell Avenue #2400**

**Dallas, TX 75204**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **legal fees**

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**3.68** | Nonpriority creditor's name and mailing address

**Homebody Ins. Agency, LLC**

**d/b/a Homebody Insurance**

**4205 Chapel Ridge Road**

**Lehi, UT 84043**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

---

**Part 2:** Additional Page

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,459.00 |
|---|---|---|---|

**3.69** Nonpriority creditor's name and mailing address

**Impact Floors of Texas, LLC**

**2325 E. Beltline Rd. 200**

**Carrollton, TX 75006**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **$4,459.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **mechanics lien**

Is the claim subject to offset?
☑ No
☐ Yes

**3.70** Nonpriority creditor's name and mailing address

**Impact Floors of Texas, LLC**

**2325 E. Beltline Rd. 200**

**Carrollton, TX 75006**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **$4,459.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **mechanics lien**

Is the claim subject to offset?
☑ No
☐ Yes

**3.71** Nonpriority creditor's name and mailing address

**Impact Mortgage Opportunities Fund, LP**

**2100 Ross ave 3200**

**Dallas, TX 75201**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**3.72** Nonpriority creditor's name and mailing address

**Impact Mortgage Opportunities Fund, LP**

**2100 Ross ave 3200**

**Dallas, TX 75201**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:** Additional Page

---

**3.73** Nonpriority creditor's name and mailing address

**Impact Mortgage Opportunities Fund, LP**

**2100 Ross ave 3200**

**Dallas, TX 75201**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

unknown _____

Basis for the claim: **potential deficiency after foreclosure sale of real property** _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.74** Nonpriority creditor's name and mailing address

**Impact Mortgage Opportunities Fund, LP**

**2100 Ross ave 3200**

**Dallas, TX 75201**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

unknown _____

Basis for the claim: **potential deficiency after foreclosure sale of real property** _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.75** Nonpriority creditor's name and mailing address

**Ismael Sanchez**

**3346 Roselawn Road #1104**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

unknown _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

**Jaime Olalde**

**3346 Roselawn Road #205**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

unknown _____

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**  Additional Page

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

**3.77**  Nonpriority creditor's name and mailing address

**James Gausline**

**3346 Roselawn Road #607**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.78**  Nonpriority creditor's name and mailing address

**Jennell Esquivel**

**3346 Roselawn Road #102**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.79**  Nonpriority creditor's name and mailing address

**Jerry Barron**

**3346 Roselawn Road #507**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.80**  Nonpriority creditor's name and mailing address

**Jimmy Huerta**

**3346 Roselawn Road #603**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

| Part 2: | Additional Page |
|---------|-----------------|

**3.81** | Nonpriority creditor's name and mailing address

**Jose Molina**

3346 Roselawn Road #303

San Antonio, TX 78226

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address

**Joshua Mendez**

3346 Roselawn Road #101

San Antonio, TX 78226

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address

**Jovanna Castoreno**

3346 Roselawn Road #1101

San Antonio, TX 78226

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address

**Jovita Elizondo**

3346 Roselawn Road #204

San Antonio, TX 78226

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |

---

**3.85** **Nonpriority creditor's name and mailing address**

**JPMorgan Chase Bank**

**P.O. Box 15298**

**Wilmington, DE 19850**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.86** **Nonpriority creditor's name and mailing address**

**JPMorgan Chase Bank NA**

**c/o Truman E. Spring**

**709 West Rusk Street #706**

**Rockwall, TX 75087**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.87** **Nonpriority creditor's name and mailing address**

**JPMorgan Chase Bank, N.A.**

**270 Park Avenue**

**New York, NY 10017**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

---

**3.88** **Nonpriority creditor's name and mailing address**

**Juan Regalado**

**3346 Roselawn Road #406**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown _____

**Part 2:** Additional Page

**3.89** Nonpriority creditor's name and mailing address

**Katharine Clark/Impact Mortg.**

**2100 Ross Ave 3200**

**Dallas, TX 75201**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **attorney's fees**

Is the claim subject to offset?
☐ No
☑ Yes

unknown

**3.90** Nonpriority creditor's name and mailing address

**Kenya Nealy**

**3346 Roselawn Road #203**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.91** Nonpriority creditor's name and mailing address

**Kings III of America, LLC**

**751 Canyon Drive Suite 100**

**Coppell, TX 75019**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$134.87

**3.92** Nonpriority creditor's name and mailing address

**Kings III of America, LLC**

**751 Canyon Drive Suite 100**

**Coppell, TX 75019**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$134.87

| Part 2: | Additional Page |
|---------|-----------------|

**3.93** | Nonpriority creditor's name and mailing address

**Lowe's Pro Supply**

**1600 Clovis Barker Road Suite 414**

**San Marcos, TX 78666**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplies**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.94** | Nonpriority creditor's name and mailing address

**Luis Garcia d/b/a LAG Enterprises**

**306 Demya Dr.**

**San Antonio, TX 78227**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **mechanics lien**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.95** | Nonpriority creditor's name and mailing address

**Luis Garcia d/b/a LAG Enterprises**

**306 Demya Dr.**

**San Antonio, TX 78227**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **mechanics lien**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.96** | Nonpriority creditor's name and mailing address

**Lynd Management Group, LLC**

**4499 Pond Hill Rd.**

**San Antonio, TX 78231**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**Part 2:** Additional Page

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Maricelda Conde**

3346 Roselawn Road #302

San Antonio, TX 78226

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Mario Gallardo**

3346 Roselawn Road #404

San Antonio, TX 78226

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Michael Chetwood**

3346 Roselawn Road #401

San Antonio, TX 78226

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Mike & Sons Glass Service**

218 Rayburn Drive

San Antonio, TX 78221

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: repairs

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**Part 2:** Additional Page

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown |
|---|---|---|---|

**3.101** | **Nonpriority creditor's name and mailing address**

**Monitoring Data Services**

**4300 N Central Expy #300**

**Dallas, TX 75206**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  monitoring

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.102** | **Nonpriority creditor's name and mailing address**

**Nationwide Compliant**

**2035 Lakeside Way Suite 250**

**Knoxville, TN 37931**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.103** | **Nonpriority creditor's name and mailing address**

**Norandris Rumbos Delgado**

**3346 Roselawn Road #104**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.104** | **Nonpriority creditor's name and mailing address**

**Novella Thompson**

**3346 Roselawn Road #308**

**San Antonio, TX 78226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

**Part 2:** Additional Page

---

**3.105** | **Nonpriority creditor's name and mailing address**

**Pico-Union Housing Corporation**

**1038 Venice Blvd.**

**Los Angeles, CA 90015**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **monies loaned to debtor or paid on its behalf**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**unknown**

---

**3.106** | **Nonpriority creditor's name and mailing address**

**Plummer**

**1321 South University Drive 300**

**Fort Worth, TX 76108**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$10,000.00**

---

**3.107** | **Nonpriority creditor's name and mailing address**

**Plummer**

**1321 South University Drive 300**

**Fort Worth, TX 76108**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$10,000.00**

---

**3.108** | **Nonpriority creditor's name and mailing address**

**Professional Service Ind. (PSI)**

**11980 Telegraph Road #104**

**Santa Fe Springs, CA 90670**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**unknown**

**Part 2:** Additional Page

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

**Nonpriority creditor's name and mailing address**

**Quality Power Distribution**

**9181 S Loop 1604 E**

**Adkins, TX 78101**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** electrical

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.110** **Nonpriority creditor's name and mailing address**

**Quill**

**PO Box 94081**

**Palatine, IL 60094-4081**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.111** **Nonpriority creditor's name and mailing address**

**Rasa Floors & Carpet Cleaning, LLC**

**P. O. Box 110067**

**Carrollton, TX 75011**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,396.00

---

**3.112** **Nonpriority creditor's name and mailing address**

**Rasa Floors & Carpet Cleaning, LLC**

**P. O. Box 110067**

**Carrollton, TX 75011**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,396.00

**Part 2:** Additional Page

---

**3.113** | Nonpriority creditor's name and mailing address

**Reassurance Pest Control**

7525 Babcock Road

San Antonio, TX 78249

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **pest control**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown _____

---

**3.114** | Nonpriority creditor's name and mailing address

**Republic Services**

4542 SE Loop 410

San Antonio, TX 78222

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **trash pickup**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown _____

---

**3.115** | Nonpriority creditor's name and mailing address

**Ricardo Delgado**

3346 Roselawn Road #604

San Antonio, TX 78226

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown _____

---

**3.116** | Nonpriority creditor's name and mailing address

**Richard Hernandez, Jr.**

3346 Roselawn Road #201

San Antonio, TX 78226

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown _____

**Part 2:** Additional Page

---

**3.117**  Nonpriority creditor's name and mailing address

**Rosario Alvarez**

**3346 Roselawn Road #103**

**San Antonio, TX 78226**

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:      ___unknown___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.118**  Nonpriority creditor's name and mailing address

**Rose Community Capital, LLC**

**6000 Freedom Square 500**

**Independence, OH 44131**

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:      ___unknown___
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.119**  Nonpriority creditor's name and mailing address

**Rose Community Capital, LLC**

**6000 Freedom Square 500**

**Independence, OH 44131**

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:      ___unknown___
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.120**  Nonpriority creditor's name and mailing address

**Rosemary Perez**

**3346 Roselawn Road #1105**

**San Antonio, TX 78226**

Date or dates debt was incurred      _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:      ___unknown___
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

---

**Part 2:** Additional Page

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,090.70 |
|---|---|---|---|

**3.121** Nonpriority creditor's name and mailing address

**Sam Chapa Elec. Contr LLC**

**c/o Sanderford & Carroll**

**1100 NE Loop 410 Suite 610**

**San Antonio, TX 78209**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:          **$4,090.70**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.122** Nonpriority creditor's name and mailing address

**Sam Chapa Electrical Contractors LLC**

**c/o Sanderford & Carroll**

**1100 NE Loop 410 Suite 610**

**San Antonio, TX 78209**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:          **$4,090.70**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address

**San Antonio Apartment Assn**

**7525 Babcock Road**

**San Antonio, TX 78249**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:          **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **dues**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address

**San Antonio Police Dept.**

**PO Box 839948**

**San Antonio, TX 78283**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:          **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **alarm permits**

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:** Additional Page

---

**3.125** | **Nonpriority creditor's name and mailing address**

**San Antonio Water System**

**P.O. Box 2990**

**San Antonio, TX 78299**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** water

**Is the claim subject to offset?**
☑ No
☐ Yes

$74.17

---

**3.126** | **Nonpriority creditor's name and mailing address**

**San Antonio Water System**

**P.O. Box 2990**

**San Antonio, TX 78299**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** water

**Is the claim subject to offset?**
☑ No
☐ Yes

$74.17

---

**3.127** | **Nonpriority creditor's name and mailing address**

**Savita Rai**

**c/o City Attorney's Office**

**401 S. Frio St.**

**San Antonio, TX 78207**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.128** | **Nonpriority creditor's name and mailing address**

**Sean Bukowski**

**1601 Rio Grande 345**

**Austin, TX 78701**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** notice only

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**Part 2:** Additional Page

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

**Sean Bukowski**

**1601 Rio Grande 345**

**Austin, TX 78701**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **notice only**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

**Sean Bukowski**

**1601 Rio Grande 345**

**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **attorney's fees**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,400.00 |
|---|---|---|---|

**SOML Solutions**

**2301 FM 2623 282-8**

**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **security**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | unknown |
|---|---|---|---|

**Spectrum**

**P.O. Box 60074**

**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

## Part 2: Additional Page

**3.133** | Nonpriority creditor's name and mailing address

**Spectrum**

4145 S. Falkenburg Rd

Riverview, FL 33578

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address

**State of Del. Div. of corporations**

401 Federal Street Suite 4

Dover, DE 19901

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address

**Sylvia Martinez**

3346 Roselawn Road #501

San Antonio, TX 78226

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address

**Tania Herreno**

3346 Roselawn Road #902

San Antonio, TX 78226

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:          unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Part 2:** Additional Page

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $650,000.00 |

**Tejon Builders, Inc.**

1463 Campus Road

Los Angeles, CA 90042

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **construction claims**

Is the claim subject to offset?
☐ No
☑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

**The Sherwin Williams Company**

1160 Dublin Rd Ste 400

Columbus, OH 43215-1052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **paint supplies**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $324,372.00 |

**United Insurance Agencies, Inc.**

100 N. 1st St. 301

Burbank, CA 91502

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **insurance**

Is the claim subject to offset?
☐ No
☑ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

**Xerox Corporation**

P.O. Box 650361

Dallas, TX 75265-0361

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Part 2: | Additional Page |
| --- | --- |

---

**3.141**  **Nonpriority creditor's name and mailing address**

**Xerox Corporation**

**P.O. Box 802555**

**Chicago, IL 60680-2555**

Date or dates debt was incurred          _____

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142**  **Nonpriority creditor's name and mailing address**

**Yaslier Cruz**

**3346 Roselawn Road #506**

**San Antonio, TX 78226**

Date or dates debt was incurred          _____

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143**  **Nonpriority creditor's name and mailing address**

**Yolanda Rosas**

**3346 Roselawn Road #403**

**San Antonio, TX 78226**

Date or dates debt was incurred          _____

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Bellaire Multifamily Management, LLC**  **5728 Lyndon Johnson Frwy 340**  **Dallas, TX 75240** | Line **3.18**  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2**  **Richard T. Avis**  **P.O. Box 735633**  **Chicago, IL 60673** | Line **3.18**  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$2,107,027.38** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,107,027.38** |

Fill in this information to identify the case:

Debtor name  **Dolores Terravista Housing, LLC**

United States Bankruptcy Court for the: _____ **Western**  District of _____ **Texas**

(State)

Case number (If known): _____  Chapter _____ **7**

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor name     **Dolores Terravista Housing, LLC**

United States Bankruptcy Court for the:     **Western**     District of     **Texas**

(State)

Case number (If known):

☐ Check if this is an
    amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.** **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | | ☐ Operating a business<br>☑ Other _____ | $0.00 |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | | ☑ Operating a business<br>☑ Other _____ | $183,541.00 |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | | ☑ Operating a business<br>☑ Other _____ | **will supplement**<br>$0.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY  MM/ DD/ YYYY | | _____ | _____ |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> City   State   ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br><br> Creditor's name <br><br> _____ <br><br> Street <br><br> _____ <br><br> City   State   ZIP Code <br><br> **Relationship to debtor** <br><br> _____ | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.**   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

| Debtor | **Dolores Terravista Housing, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 5.1. | **Impact Mortgage Opportunities Fund, LP** | **3346 Roselawn Road, San Antonio, TX 78226 2506 S. General McMullen Drive, San Antonio, TX 78226** | **01/07/2025** _____ |
|---|---|---|---|
| | Creditor's name | | |
| | **450 Sansome St. 1000** | | |
| | Street | | |
| | | | |
| | **San Francisco, CA 94111** | | |
| | City                State      ZIP Code | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| | XXXX– __ __ __ __ | | |
| Street | | | |
| | | | |
| City              State      ZIP Code | | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Rasa Floors and Carpet Cleaning, LLC v. Dolores Spanish Pecan, et. al** | **suit on debt** | **224th Judicial District Court** Name | ☐ Pending ☐ On appeal ☑ Concluded |
| | Case number | | Street | |
| | **2024 CI 07637** | | **San Antonio, TX 78205** City        State    ZIP Code | |
| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
| | **City of San Antonio v. Pico Union Housing Corp. Et. Al** | **injunction/nuisance** | **150th Judicial District Court** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number | | Street | |
| | **2024 CI 17435** | | **San Antonio, TX 78205** City        State    ZIP Code | |

| Debtor | Dolores Terravista Housing, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

**7.3.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Impact Mortgage Opportunities Fund, LP v. Dolores Westwood, LLC, et.al.** | **Application for Receiver** | **166th Judicial District Court**<br>Name<br><br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br><br>**2024 CI 24403** | | **San Antonio, TX 78205**<br>City            State      ZIP Code | |

**7.4.**

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Rasa Floors and Carpet Cleaning, LLC v. JP Morgan Chase Bank** | **garnishment after judgment. $13,054.14 paid to Rasa Floors in May, 2025 pursuant to 4/16/25 garnishment order.** | **438th Judicial District Court**<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br><br>**2024 CI 26344** | | **San Antonio, TX 78205**<br>City            State      ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| <br>Custodian's name<br><br>Street<br><br><br>City            State      ZIP Code | **Case title**<br><br><br>**Case number**<br><br><br>**Date of order or assignment** | **Court name and address**<br>Name<br><br>Street<br><br><br>City            State      ZIP Code |

---

# Part 4:   Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| <br>Recipient's name<br><br>Street<br><br><br>City            State      ZIP Code<br><br>**Recipient's relationship to debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. **Mismanagement of apartment complex funds and records. Failure to turnover debtor's funds including tenant deposits and records of operations of Genessy Property Management, LLC and its agents.** | none | 2024/2025 | undetermined |
| 10.2. **uncollectable damage claims against former tenants for damages to debtor's former apartment complex** | not applicable | various | $0.00 |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **LAW OFFICES OF MARTIN SEIDLER** | **Attorney's Fee** | **8/10/2025** | **$4,500.00** |

| Address |
|---|
| **One Elm Place, Suite 504** |
| Street |
| **11107 Wurzbach Road** |
| **San Antonio, TX 78230** |
| City       State     ZIP Code |

| Email or website address |
|---|
| **marty@seidlerlaw.com** |

| Who made the payment, if not debtor? |
|---|
| |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **San Antonio Portfolio 1, LLC** | **Buyer at foreclosure sale by lender of apartment complex located at 3346 Roselawn Road and 2506 S. General McMullen Drive, San Antonio, Texas 78226, including the contents thereof as well as the debtor's onsite personal property, office furniture and equipment, computers, hard drives, books and records.** | **01/09/2025** | **$6,540,000.00** |
| | Address | | | |
| | **3346 Roselawn Road** | | | |
| | Street | | | |
| | **San Antonio, TX 78226** | | | |
| | City          State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | **None. Purchaser at foreclosure sale. Amount is that bid a the foreclosure sale.** | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **see reply to #4 and 5 above** | | | **(Unknown)** |
| | Address | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City          State    ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

13.3.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **San Antonio Portfolio 3, LLC** | **Buyer at foreclosure sale by lender of apartment complex located at 2501 and 2600 Westward Drive, San Antonio, Texas 78227, including the contents thereof as well as the debtor's onsite personal property, office furniture and equipment, computers, hard drives, books and records. (debtor's prior property appraisal was for $20,000,000)** | **01/08/2025** | **$11,750,000.00** |

**Address**

**2600 Westward Drive**
Street

**San Antonio, TX 78227**
City     State     ZIP Code

**Relationship to debtor**

**None. Purchaser at foreclosure sale. Amount is that bid the foreclosure sale.**

13.4.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Rasa Floors & Carpet Cleaning, LLC** | **Funds paid by debtor's bank, JP Morgan Chase Bank pursuant to garnishment order of 4/16/25. See Case no. 2024 CI 26344, 438th Judicial District Court, Bexar County, Texas. Payment avoidable under 11 U.S.C. Section 547.** | **5/19/25** | **$11,111.23** |

**Address**

**P. O. Box 110067**
Street

**Carrollton, TX 75011**
City     State     ZIP Code

**Relationship to debtor**

**unsecured judgment creditor**

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.
**2506 S. General McMullen Dr.**
Street
**Winston Square**
**San Antonio, TX 78226**
City     State     ZIP Code

From **03/26/2020** To **01/07/2025**

14.1.
**3346 Roselawn Road**
Street
**Roselawn Apartments**
**San Antonio, TX 78226**
City     State     ZIP Code

From **03/06/2020** To **01/07/2025**

14.1. __**2600 Westward Drive**__     From __03/06/2020__   To __01/25/2022__
Street

__**Westwood Plaza Apartments**__

__**San Antonio, TX 78227**__
City         State    ZIP Code

14.1. __**6840 Pecan Valley Drive**__     From __03/06/2020__   To __01/25/2022__
Street

__**Villas of Pecan Manor**__

__**San Antonio, TX 78223**__
City         State    ZIP Code

14.1. __**6835 Pecan Valley Drive**__     From __03/06/2020__   To __01/25/2022__
Street

__**Villas of Pecan Manor**__

__**San Antonio, TX 78223**__
City         State    ZIP Code

14.1. __**2501 Westward Drive**__     From __03/06/2020__   To __01/25/2022__
Street

__**Westwood Plaza Apartments**__

__**San Antonio, TX 78227**__
City         State    ZIP Code

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____ <br> Facility name <br><br> _____ <br> Street | | _____ |
| _____ <br> City   State   ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. <br><br> _____ <br><br> _____ | How are records kept? <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | _____<br>Name<br>_____<br>Street<br>_____<br>City        State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | _____<br>Name<br>_____<br>Street<br>_____<br>City        State    ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |

---

**Part 12:**   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No

☑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **City of San Antonio v. Pico Union Housing Corp. Et. Al** | **City of San Antonio**<br>Name | ~~injunction/nuisance~~ | ☑ Pending<br>☐ On appeal |
| **Case number** | **100 Military Plaza**<br>Street | | ☐ Concluded |
| **2024 CI 17435** | | | |
| | **San Antonio**    **TX**    **78205**<br>City        State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **See reply to #22 above**<br>Name | Name | | _____ |
| Street | Street | | |
| City     State    ZIP Code | City       State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **See reply to #22 above**<br>Name | Name | | _____ |
| Street | Street | | |
| City     State    ZIP Code | City       State    ZIP Code | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **Spanish Spur Apartments**<br>Name<br><br>**6835 Pecan Valley Dr.**<br>Street<br><br>**San Antonio, TX 78223**<br>City     State    ZIP Code | **apartment complex** | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From **2020**    To **2022** |

| Debtor | **Dolores Terravista Housing, LLC** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.2. **Villas at Pecan Manor**
Name

**6835/6840 Pecan Valley Drive.**
Street

**San Antonio, TX 78223**
City      State     ZIP Code

**apartment complex**

EIN: _ _ – _ _ _ _ _ _ _

Dates business existed

From **2022**    To **2025**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.3. **Roselawn Apartments**
Name

**3346 Roselawn Rd.**
Street

**San Antonio, TX 78226**
City      State     ZIP Code

**apartment complex**

EIN: _ _ – _ _ _ _ _ _ _

Dates business existed

From **3/6/20**    To **1/7/25**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.4. **Westwood Apartments**
Name

**2600 Westward Drive**
Street

**San Antonio, TX 78227**
City      State     ZIP Code

EIN: _ _ – _ _ _ _ _ _ _

Dates business existed

From _____    To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.5. **Winston Square Apartments**
Name

**2506 S. General McMullen**
Street

**San Antonio, TX 78226**
City      State     ZIP Code

**apartment complex**

EIN: _ _ – _ _ _ _ _ _ _

Dates business existed

From **03/20**    To **1/7/25**

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. **Sinambal & Reyes, CPA**
Name

**2230 West Chapman Ave. 146**
Street

**Orange, CA 92868**
City            State       ZIP Code

From _____    To _____

| Name and address | Dates of service |
|---|---|

26a.2. **Genessy Management & Development**
Name

**334 Normandie Ave 104**
Street

_____

**Los Angeles, CA 90004**
City                State            ZIP Code

From **2020**     To **4/1/24**

| Name and address | Dates of service |
|---|---|

26a.3. **Bellaire Multifamily Management, LLC**
Name

**5728 Lyndon Johnson Frwy 340**
Street

_____

**Dallas, TX 75240**
City                State            ZIP Code

From **4/9/24**     To **11/7/24**

| Name and address | Dates of service |
|---|---|

26a.4. **Lynd Management Group, LLC**
Name

**4499 Pond Hill Rd.**
Street

_____

**San Antonio, TX 78231**
City                State            ZIP Code

From **11/20/24**     To **1/07/25**

| Name and address | Dates of service |
|---|---|

26a.5. **Pico-Union Housing Corporation**
Name

**1038 Venice Blvd.**
Street

_____

**Los Angeles, CA 90015**
City                State            ZIP Code

From **11/8/2024**     To **11/19/24**

| Name and address | Dates of service |
|---|---|

26a.6. **Dichoso and Company, CPA's**
Name

**9350 Wilshire Blvd. #203**
Street

_____

**Beverly Hills, CA 90212**
City                State            ZIP Code

From **Oct. 2025**     To **Dec.2025**

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** **Sinameal & Reyes** <br> Name <br><br> **2230 West Chapman Ave. #146** <br> Street <br><br> **Orange, CA 92868** <br> City      State      ZIP Code | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| **26b.2.** **Dichoso & Company, CPAs** <br> Name <br><br> **9350 Wishire Blvd. #203** <br> Street <br><br> **Beverly Hills, CA 90212** <br> City      State      ZIP Code | From **Oct, 2025** To **Dec. 2025** |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** <br><br> **Pico-Union Housing Corporation** <br> Name <br><br> **1038 Venice Blvd.** <br> Street <br><br> **Los Angeles, CA 90015** <br> City      State      ZIP Code | **Records kept by various management companies hired by the debtor and/or Pico Union Housing Corporation which were not turned over to the debtor.** |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| **26d.1.** <br><br> Name <br><br> Street <br><br> City      State      ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____

Name

_____

Street

_____

_____

City                              State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Pico Union Housing Corporation** | **1038 Venice Boulevard Los Angeles, CA 90015** | **managing member, managing member** | **100.00%** |
| **Pico Union Housing Corporation** | **1038 Venice Boulevard Los Angeles, CA 90015** | **managing member, managing member** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ , | From _____ <br> To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |

Name

_____

Street

_____

_____

City                    State         ZIP Code

| Relationship to debtor |
|---|

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Pico-Union Housing Corporation** | EIN: **2 3** – **7 1 1 3 3 0 7** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **12/17/2025**

         MM/ DD/ YYYY

**X** **/s/ Gloria Leticia Farias**        Printed name        **Gloria Leticia Farias**

Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Executive Director of managing member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

# United States Bankruptcy Court
## Western District of Texas

**In re**     Dolores Terravista Housing, LLC

Case No. _____

**Debtor**                                                      Chapter _____ **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.     Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ **FLAT FEE**

For legal services, I have agreed to accept ........................................................................................     **$4,500.00**

Prior to the filing of this statement I have received ...........................................................................     **$4,500.00**

Balance Due ......................................................................................................................     **$0.00**

☐ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ....................................................  _____

The undersigned shall bill against the retainer at an hourly rate of ........................................................  _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and
expenses exceeding the amount of the retainer.

2.     _____ **$338.00** _____ of the filing fee has been paid.

3.     The source of the compensation paid to me was:

☑ Debtor               ☐ Other (specify)

4.     The source of compensation to be paid to me is:

☑ Debtor               ☐ Other (specify)

5.     ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.     Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 7:

a.     Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Adversary proceedings such as objections to discharge or dischargeability and/or motions to dismiss.

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __12/17/2025__ | __/s/ Martin Seidler__ |
|---|---|
| *Date* | Martin Seidler |
| | *Signature of Attorney* |

Bar Number: 18000800
LAW OFFICES OF MARTIN SEIDLER
11107 Wurzbach Road
One Elm Place, Suite 504
San Antonio, TX 78230
Phone: (210) 694-0300

__LAW OFFICES OF MARTIN SEIDLER__
*Name of law firm*

---

Date:   __12/17/2025__                    __/s/ Gloria Leticia Farias__

**Gloria Leticia Farias**

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Dolores Terravista Housing, LLC**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **12/17/2025**     Signature _____**/s/ Gloria Leticia Farias**_____

Gloria Leticia Farias, Executive Director of managing member

ADP Inc.
c/o Lyon Collection Services, Inc.
7924 West Sahara Avenue
Las Vegas, NV 89117

ADT Security Services, Inc.
P.O. Box 371956
Pittsburgh, PA 15250

ADT, LLC
c/o Richard T. Avis
P.O. Box 735633
Chicago, IL 60673-5633

Alamo Apartment Contractor, LLC
10722 Potranco Rd. 122
San Antonio, TX 78251

Alamo Architects
1512 S. Presa
San Antonio, TX 78204

Alamo Architects
c/o David Benjamin
2161 N. W. Military Hwy 111
San Antonio, TX 78213

Albert Uresti, MPA, PCAC
P.O. Box 839950
San Antonio, TX 78283-3950

Angela Taylor
3346 Roselawn Road #1106
San Antonio, TX 78226

**Anna Ayala**
3346 Roselawn Road #307
San Antonio, TX 78226


**Answer US**
P.O. Box 116
San Antonio, TX 75013


**Apartment Lines**
P.O. Box 271227
Louisville, CO 80027


**April Adame**
3346 Roselawn Road #508
San Antonio, TX 78226


**Automatic Data Process**
San Antonio/Austin Region
320 Interpark Boulevard
San Antonio, TX 78216-1807


**Automatic Data Processing**
320 Interpark Boulevard
San Antonio, TX 78216-1807


**Bellaire Multifamily Management, LLC**
13355 Noel Rd. 1100
Dallas, TX 75240


**Bellaire Multifamily Management, LLC**
5728 Lyndon Johnson Frwy 340
Dallas, TX 75240

Bellaire Multifamily Mgt, LLC
13355 Noel Rd. 1100
Dallas, TX 75240


Bellaire Multifamily Mgt. LLC
2711 N. Haskell Ave 2400
Dallas, TX 75204


Bellaire Multifamily Mgt., LLC
Attn: J. Owen
2711 N. Haskell Ave 2400
Dallas, TX 75204


Bexar County
c/o Don Stecker
112 E. Pecan St #2200
San Antonio, TX 78205


Bexar County Dist Clerk/2024
CI 07637
101 W. Nueva #217
San Antonio, TX 78205


Bexar County Dist Clerk/2024
CI 17435
101 W. Nueva #217
San Antonio, TX 78205


Bexar County District
Attorney
101 W. Nueva St.
San Antonio, TX 78205


Bexar Cty Dist Clerk/2024 CI
24403
101 W. Nueva #217
San Antonio, TX 78205

**Bexar Cty Dist Clerk/2024 CI 26344**
101 W. Nueva #217
San Antonio, TX 78205

**Broadvoice**
9221 Corbin ave 260
Northridge, CA 91324

**Carlos Alvarez**
33 #408
San Antonio, TX 78226

**Carlos Mercado**
3346 Roselawn Road #402
San Antonio, TX 78226

**Chad Bethel**
3346 Roselawn Road #202
San Antonio, TX 78226

**Chadwell Supply**
P. O. Box 15172
Atlanta, GA 30348-5172

**Chapman Engineering, Inc.**
213 Commerce Avenue
Boerne, TX 78006

**City of San Antonio**
P.O. Box 839975
San Antonio, TX 78284

**City of San Antonio - Metro Health Dept**
100 W. Houston St.. 14th fl.
San Antonio, TX 78204


**Contract Callers Inc.**
501 Greene Street Suite 302
Augusta, GA 30901


**CPS Energy**
P.O. Box 1771
San Antonio, TX 78296-1771


**Craig Bernstein/Impact Floors**
3500 Maple Ave. 1200
Dallas, TX


**Craig Bernstein/Impact Floors**
3500 Maple Ave. 1200
Dallas, TX 75219


**Dannis Suarez**
3346 Roselawn Road #1102
San Antonio, TX 78226


**David Mendoza**
3346 Roselawn Road #104
San Antonio, TX 78226


**Douglas Jones**
3346 Roselawn Road #107
San Antonio, TX 78226

Ecoteam, LLC
3900 Valley View Lane
Irving, TX 75062


Elizabeth Reyna
3346 Roselawn Road
San Antonio, TX 78226


Elizabeth Salinas
3346 Roselawn Road #903
San Antonio, TX 78226


Entrata d/b/a Homebody Ins.
Agency, LLC
4205 Chapel Ridge Road
Lehi, UT 84043


Frances Hernandez
3346 Roselawn Road #907
San Antonio, TX 78226


FS Creit Originator, LLC
c/o Rialto Capital Management, Inc.
600 Madison Ave. 12th floor
New York, NY 10022


Gallos Plumbing Company
11210 West Avenue
San Antonio, TX 78213


Genessy Management &
Development
334 Normandy Ave 104
Los Angeles, CA 90004

Gloria Salinas
3346 Roselawn Road #602
San Antonio, TX 78226

Gonzalez, Chiscano, Angulo &
Kasson, PC
9601 McAllister Freeway 401
San Antonio, TX 78216

Harry Sturgeon
3346 Roselawn Road #502
San Antonio, TX 78226

HD Supply Facilities Maint.,
Ltd
1511 Common St.
New Braunfels, TX 78130

HD Supply Facilities
Maintenance, Ltd
1511 Common St.
New Braunfels, TX 78130

Heydi Sarmiento
3346 Roselawn Road #901
San Antonio, TX 78226

Hilgier Allen & Lauatin, PC
2711 N Haskell Avenue #2400
Dallas, TX 75204

Homebody Ins. Agency, LLC
d/b/a Homebody Insurance
4205 Chapel Ridge Road
Lehi, UT 84043

**Impact Floors of Texas, LLC**
2325 E. Beltline Rd. 200
Carrollton, TX 75006


**Impact Mort. Opport. Fund, LP**
c/o K. Clark
2100 Ross ave 3200
Dallas, TX 75201


**Impact Mortgage
Opportunities Fund, LP**
2100 Ross ave 3200
Dallas, TX 75201


**Internal Revenue Service**
Attn: Special Procedures Group
300 E. 8th St., STOP 5022 AUS
Austin, TX 78701


**Ismael Sanchez**
3346 Roselawn Road #1104
San Antonio, TX 78226


**Jaime Olalde**
3346 Roselawn Road #205
San Antonio, TX 78226


**James Gausline**
3346 Roselawn Road #607
San Antonio, TX 78226


**Jennell Esquivel**
3346 Roselawn Road #102
San Antonio, TX 78226

Jerry Barron
3346 Roselawn Road #507
San Antonio, TX 78226


Jimmy Huerta
3346 Roselawn Road #603
San Antonio, TX 78226


Jose Molina
3346 Roselawn Road #303
San Antonio, TX 78226


Joshua Mendez
3346 Roselawn Road #101
San Antonio, TX 78226


Jovanna Castoreno
3346 Roselawn Road #1101
San Antonio, TX 78226


Jovita Elizondo
3346 Roselawn Road #204
San Antonio, TX 78226


JPMorgan Chase Bank
P.O. Box 15298
Wilmington, DE 19850


JPMorgan Chase Bank NA
c/o Truman E. Spring
709 West Rusk Street #706
Rockwall, TX 75087

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Juan Regalado
3346 Roselawn Road #406
San Antonio, TX 78226

Katharine Clark/Impact
Mortg.
2100 Ross Ave 3200
Dallas, TX 75201

Kenya Nealy
3346 Roselawn Road #203
San Antonio, TX 78226

Kings III of America, LLC
751 Canyon Drive Suite 100
Coppell, TX 75019

Lowe's Pro Supply
1600 Clovis Barker Road Suite 414
San Marcos, TX 78666

Luis Garcia d/b/a LAG
Enterprises
306 Demya Dr.
San Antonio, TX 78227

Lynd Management Group, LLC
4499 Pond Hill Rd.
San Antonio, TX 78231

Maricelda Conde
3346 Roselawn Road #302
San Antonio, TX 78226

Mario Gallardo
3346 Roselawn Road #404
San Antonio, TX 78226

Michael Chetwood
3346 Roselawn Road #401
San Antonio, TX 78226

Mike & Sons Glass Service
218 Rayburn Drive
San Antonio, TX 78221

Monitoring Data Services
4300 N Central Expy #300
Dallas, TX 75206

Nationwide Compliant
2035 Lakeside Way Suite 250
Knoxville, TN 37931

Norandris Rumbos Delgado
3346 Roselawn Road #104
San Antonio, TX 78226

Novella Thompson
3346 Roselawn Road #308
San Antonio, TX 78226

## Pico-Union Housing Corporation

1038 Venice Blvd.
Los Angeles, CA 90015


## Plummer

1321 South University Drive 300
Fort Worth, TX 76108


## Professional Service Ind. (PSI)

11980 Telegraph Road #104
Santa Fe Springs, CA 90670


## Quality Power Distribution

9181 S Loop 1604 E
Adkins, TX 78101


## Quill

PO Box 94081
Palatine, IL 60094-4081


## Rasa Floors & Carpet Cleaning, LLC

P. O. Box 110067
Carrollton, TX 75011


## Reassurance Pest Control

7525 Babcock Road
San Antonio, TX 78249


## Republic Services

4542 SE Loop 410
San Antonio, TX 78222

**Ricardo Delgado**
3346 Roselawn Road #604
San Antonio, TX 78226

**Richard Hernandez, Jr.**
3346 Roselawn Road #201
San Antonio, TX 78226

**Richard T. Avis**
P.O. Box 735633
Chicago, IL 60673

**Rosario Alvarez**
3346 Roselawn Road #103
San Antonio, TX 78226

**Rose Community Capital, LLC**
6000 Freedom Square 500
Independence, OH 44131

**Rosemary Perez**
3346 Roselawn Road #1105
San Antonio, TX 78226

**Sam Chapa Elec. Contr LLC**
c/o Sanderford & Carroll
1100 NE Loop 410 Suite 610
San Antonio, TX 78209

**Sam Chapa Electrical Contractors LLC**
c/o Sanderford & Carroll
1100 NE Loop 410 Suite 610
San Antonio, TX 78209

**San Antonio Apartment Assn**
7525 Babcock Road
San Antonio, TX 78249

**San Antonio Police Dept.**
PO Box 839948
San Antonio, TX 78283

**San Antonio Water System**
P.O. Box 2990
San Antonio, TX 78299

**Savita Rai**
c/o City Attorney's Office
401 S. Frio St.
San Antonio, TX 78207

**Sean Bukowski**
1601 Rio Grande 345
Austin, TX 78701

**SOML Solutions**
2301 FM 2623 282-8
Seguin, TX 78155

**Spectrum**
P.O. Box 60074
City of Industry, CA 91716

**Spectrum**
4145 S. Falkenburg Rd
Riverview, FL 33578

State of Del. Div. of
corporations
401 Federal Street Suite 4
Dover, DE 19901


Sylvia Martinez
3346 Roselawn Road #501
San Antonio, TX 78226


Tania Herreno
3346 Roselawn Road #902
San Antonio, TX 78226


Tejon Builders, Inc.
1463 Campus Road
Los Angeles, CA 90042


Texas Attorney General
P.O. Box 12548
Austin, TX 78711


Texas Comptroller of Public
Accounts
P.O. Box 13528
Austin, TX 78711-3528


The Sherwin Williams
Company
1160 Dublin Rd Ste 400
Columbus, OH 43215-1052


United Insurance Agencies,
Inc.
100 N. 1st St. 301
Burbank, CA 91502

**Xerox Corporation**
P.O. Box 650361
Dallas, TX 75265-0361


**Xerox Corporation**
P.O. Box 802555
Chicago, IL 60680-2555


**Yaslier Cruz**
3346 Roselawn Road #506
San Antonio, TX 78226


**Yolanda Rosas**
3346 Roselawn Road #403
San Antonio, TX 78226